UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

HENRY GARCIA,

    Plaintiff,

v.                         No. 1:14-cv-268 KG/LAM

CORRECTIONS CORPORATION OF
AMERICA, INC., WARDEN TIM MORGAN,
JANA MARJENHOFF, M.D., JAY
PETERSON, CNP, JOHN DOE CORPORATIONS
1-3, and JOHN DOES 1-9

    Defendants

## ORDER GRANTING UNOPPOSED
## MOTION FOR EXTENSION OF TIME

THIS MATTER having come before the Court upon an Unopposed Motion for Extension of Time, and the Court having read said pleadings and being fully advised in the premises, FINDS that this Court has jurisdiction over the parties and of the subject matter of said case and that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff Henry Garcia shall file and serve his response to Defendants' Motion to Dismiss (Doc. 10) by June 11, 2014.

                                                _____
                                                UNITED STATES DISTRICT JUDGE