**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**HENRY GARCIA,**

  **Plaintiff,**

**v.**           No. 1:14-cv-268 KG/LAM

**CORRECTIONS CORPORATION OF**
**AMERICA, INC., WARDEN TIM MORGAN,**
**JANA MARJENHOFF, M.D., JAY**
**PETERSON, CNP, JOHN DOE CORPORATIONS**
**1-3, and JOHN DOES 1-9**

  **Defendants**

**ORDER GRANTING SECOND UNOPPOSED**
**MOTION FOR EXTENSION OF TIME**

  THIS MATTER having come before the Court upon Second Unopposed Motion for Extension of Time, and the Court having read said pleadings and being fully advised in the premises, FINDS that this Court has jurisdiction over the parties and of the subject matter of said case and that the Motion should be granted.

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff Henry Garcia shall file and serve his response to Defendants' Motion to Dismiss (Doc. 10) by June 18, 2014.

             _____
             UNITED STATES DISTRICT JUDGE